564 S.E.2d 667

**Isiah Rudy LOADHOLT, in his capacity as Sheriff of Hampton County, Petitioner,**

v.

**SOUTH CAROLINA STATE BUDGET AND CONTROL BOARD, Division of General Services, Insurance Reserve Fund, Respondent,**

v.

**Sherry Capers, Tounda Taylor, and Kim Davenport, Petitioners.**

No. 25472.

Supreme Court of South Carolina.

Heard May 14, 2002.

Decided May 28, 2002.

William T. Toal, of Johnson, Toal & Battiste, of Columbia, for petitioner Isiah Rudy Loadholt.

Joel D. Bailey, of The Bailey Law Firm, P.A., of Beaufort, for petitioners Capers, Taylor & Davenport.

Andrew F. Lindemann and William H. Davidson, II, both of Davidson, Morrison and Lindemann, P.A., of Columbia, for respondent.

Edward A. Frazier, of Law Office of Ed Frazier, of Lexington; and Alford Haselden, of Haselden, Owen & Boloyan, of Clover, for Amicus Curiae South Carolina Trial Lawyers Association.

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS.

PER CURIAM:

After careful review of the appendix and briefs, we dismiss the writ of certiorari as improvidently granted.

MOORE, Acting C.J., WALLER, BURNETT, PLEICONES, JJ., and Acting Justice GEORGE T. GREGORY, concur.